FILED IN OPEN COURT
DATE _____ 11 5 25 _____
BY _____
_____ DEPUTY CLERK
_____ DIVISION, WD of VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              **Case No. 4:25-CR-00007**

JUSTIN JOHIAH CURTRIGHT

BFD

## ~~AGREED~~ STATEMENT OF FACTS

### I.    USE OF STATEMENT

This statement summarizes the facts and circumstances surrounding the criminal conduct at issue in this case. It does not contain all information uncovered during the investigation and applicable to an accurate presentence investigation report and guidelines calculation. This statement is not protected by proffer or any other agreement, and the parties agree it is wholly admissible at trial notwithstanding any statutes or rules to the contrary, including Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

### II.    FACTS

In May 2024, Justin Johiah Curtright and Christin Marie Curtright, a married couple, lived together in an apartment in Springfield, Missouri. In late May 2024, Justin introduced himself to Minor Victim ("M.V."), a 13-year-old girl, through Discord, a social media platfonn for instant messaging and audio/video chatting. At the time, M.V. alternated between living at a home in Halifax, Virginia, and a home in South Boston, Virginia, both in the Western District of Virginia.

Justin befriended M.V. and introduced her to Christin. From May into July 2024, the three chatted extensively through Discord and by phone. Justin and Christin engaged in regular sexual conversations with M.V., including various forms of sexual roleplaying. In one instance. on or about May 31, 2024, Justin and Christin video chatted with M.V. while she was in her bedroom in Halifax. During the chat, they asked M.V. to masturbate for them with a motivating (although not exclusive) purpose of video recording her masturbation. The Curtrights watched M.V. masturbate while they recorded her. M.V.'s vagina was exposed while she masturbated on camera. Afterwards, the Curtrights engaged in sexual activity in front of M.V., which they also recorded.[1]

Justin and Christin and M.V. ultimately came up with a plan for M.V. to come live with them, and the three determined the Curtrights would pick up M.V. from her home in South Boston and drive her back to their apartment in Springfield. The Curtrights planned and intended to have sex with M.V. when they picked her up.[2] On the morning of July 24, 2024, the Curtrights arrived in Halifax County, Virginia, and picked up M.V. in their van as planned. During the return drive. Justin and Christin had sex with M.V. in the back of the van. When the Curtrights got back to their Springfield apartment, they had M.V. sleep in their shared bed. While M.V. lived with the Curtrights, they continued to have sex with her, living as a "throuple," until police officers arrived on July 27, 2024, returning M.V. home.

---

[1] The electronic devices the Curtrights and M.V. used to video chat on May 31, 2024, were manufactured using parts that traveled in interstate and foreign commerce.

[2] In violation of, *inter alia*, Virginia Code§ 18.2-63, Missouri Revised Statutes § 566.032, and Missouri Revised Statutes§ 566.062.

Respectfully submitted,

Justin Johiah Curtright
Defendant

B.F. Diehl
Defense Counsel

DATED: November 2, 2025.